IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KENNY TUCKER                                                                                   PLAINTIFF

V.                                       NO. 3:05CV00137 JTR

JO ANNE B. BARNHART,                                                                  DEFENDANT
Commissioner, Social
Security Administration

## JUDGMENT

IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. §405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 19th day of June, 2006.

_____
UNITED STATES MAGISTRATE JUDGE